

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 28 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020

Representing the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-368-APG |
| Plaintiff, | ** UNDER SEAL ** |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| ROBERT PONCE, JR., | FIRST REQUEST |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through Steven W. Myhre, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant ROBERT PONCE, JR., and his attorney, Randall Roske, that:

1. The sentencing hearing in United States v. Robert PONCE, Jr., currently scheduled for September 7, 2017 at 1:30pm in Las Vegas Courtroom 6C, be continued until a date and time convenient to the Court, but not less than 6 months from the currently scheduled date.

2. Pursuant to commitments contained in the written plea agreement, defendant PONCE is assisting law enforcement agencies in ongoing criminal investigations. While the United States is unable to predict the duration of those investigations, postponement of the sentencing proceedings to

1

allow defendant PONCE to continue to assist in those investigations is in the interest of justice. The United States is not aware of any substantive violations of the presentencing release conditions imposed by the Court.

3. Defendant PONCE is at liberty, having been released on a personal recognizance bond with conditions. Defendant PONCE agrees to this continuance.

4. Denial of this request could result in a miscarriage of justice because it would substantially limit defendant PONCE's ability to carry through on his commitment in the plea agreement to assist law enforcement authorities.

5. This is the first request to continue the sentencing hearing.

6. The parties seek this continuance in good faith, not for the purposes of delay.

STEVEN W. MYHRE,
Acting United States Attorney

DATE 7/27/17

DANIEL J. COWHIG
Assistant United States Attorney

DATE July 7, 2017

RANDALL ROSKE, ESQ.
Counsel for Defendant ROBERT PONCE, JR.

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT PONCE, JR.,<br><br>  Defendant. | Case No.: 2:16-cr-368-APG<br><br>** UNDER SEAL **<br><br>**PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER TO CONTINUE SENTENCING** |

Based on representations of the parties contained in the pending stipulation (ECF No. _____) and the record in this case, the Court FINDS:

1. Pursuant to commitments contained in the written plea agreement, defendant PONCE is assisting law enforcement agencies in ongoing criminal investigations. While the United States is unable to predict the duration of those investigations, postponement of the sentencing proceedings to allow defendant PONCE to continue to assist in those investigations is in the interest of justice. The United States is not aware of any substantive violations of the presentencing release conditions imposed by the Court.

2. Defendant PONCE is at liberty, having been released on a personal recognizance bond with conditions. Defendant PONCE agrees to this continuance.

1

3. Denial of this request could result in a miscarriage of justice because it would substantially limit defendant PONCE's ability to carry through on his commitment in the plea agreement to assist law enforcement authorities.

4. This is the first request to continue the sentencing hearing.

5. The parties seek this continuance in good faith, not for the purposes of delay.

6. The requested postponement of the sentencing hearing in this matter does not implicate the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS HEREBY ORDERED:

1. The sentencing hearing in United States v. Robert PONCE, Jr., currently scheduled for September 7, 2017 at 1:30pm in Las Vegas Courtroom 6C, be continued until _____, __March 6, 2018__ at __9:30__ _a_.m. in Las Vegas Courtroom __6C__;

2. The Clerk of Court shall notify the United States Probation Office of the new hearing schedule, and;

3. This filing, this order, and this matter remain UNDER SEAL.

IT IS SO ORDERED.

DATE July 31, 2017

ANDREW P. GORDON
United States District Judge

2