

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DAYLE ELIESON
United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*



___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
              COUNSEL/PARTIES OF RECORD

FEB -2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-368-APG |
| Plaintiff, | ** UNDER SEAL ** |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| ROBERT PONCE, JR., | SECOND REQUEST |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant ROBERT PONCE, JR., and his attorney, Randall Roske, that:

1. The sentencing hearing in United States v. Robert PONCE, Jr., currently scheduled for March 6, 2018 at 9:30am in Las Vegas Courtroom 6C, be continued until a date and time convenient to the Court, but not less than 30 days from the currently scheduled date.

2. Counsel for defendant PONCE is scheduled to appear in trial in an unrelated matter that will likely conflict with the currently scheduled hearing.

3. The United States is not aware of any substantive violations of the presentencing release conditions imposed by the Court.

4. Defendant PONCE is at liberty, having been released on a personal recognizance bond with conditions. Defendant PONCE agrees to this continuance.

5. Denial of this request could result in a miscarriage of justice because denial could substantially limit defendant PONCE's ability to prepare and present appropriate evidence and argument at sentencing.

6. This is the first request to continue the sentencing hearing.

7. The parties seek this continuance in good faith, not for the purposes of delay.

DAYLE ELIESON,
United States Attorney

DATE 2/2/18

DANIEL J. COWHIG
Assistant United States Attorney

DATE 2/2/2018

RANDALL ROSKE, ESQ.
Counsel for Defendant ROBERT PONCE, JR.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-368-APG |
| Plaintiff, | ** UNDER SEAL ** |
| vs. | **PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER TO CONTINUE SENTENCING** |
| ROBERT PONCE, JR., | |
| Defendant. | |

Based on representations of the parties contained in the pending stipulation (ECF No. _____) and the record in this case, the Court FINDS:

1. Counsel for defendant PONCE is scheduled to appear in trial in an unrelated matter that will likely conflict with the currently scheduled hearing.

2. The United States is not aware of any substantive violations of the presentencing release conditions imposed by the Court.

3. Defendant PONCE is at liberty, having been released on a personal recognizance bond with conditions. Defendant PONCE agrees to this continuance.

1

4. Denial of this request could result in a miscarriage of justice because denial could substantially limit defendant PONCE's ability to prepare and present appropriate evidence and argument at sentencing.

5. This is the second request to continue the sentencing hearing.

6. The parties seek this continuance in good faith, not for the purposes of delay.

7. The requested postponement of the sentencing hearing in this matter does not implicate the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS HEREBY ORDERED:

1. The sentencing hearing in United States v. Robert PONCE, Jr., currently scheduled for March 6, 2018 at 9:30am in Las Vegas Courtroom 6C, be continued until _____, __April 6, 2018__ at _9:00_ a.m. in Las Vegas Courtroom _6C_;

2. The Clerk of Court shall notify the United States Probation Office of the new hearing schedule, and;

3. This filing, this order, and this matter remain UNDER SEAL.

IT IS SO ORDERED.

DATE February 5, 2018

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2