DAYLE ELIESON
United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

          MAR 30 2018

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:16-cr-368-APG |
| vs. | |
| ROBERT PONCE, JR., | STIPULATION AND JOINT MOTION TO UNSEAL |
| Defendant. | |

The United States of America, through Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant ROBERT PONCE, JR., and his attorney, Randall Roske, Esq., stipulate and agree and jointly move this honorable Court to unseal this matter and all currently docketed filings in this matter. A proposed order is attached.

Dated: March 30, 2018.

_____
RANDALL ROSKE, ESQ.
Counsel for Defendant ROBERT PONCE, JR.

DAYLE ELIESON,
United States Attorney

_____
DANIEL J. COWHIG
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT PONCE, JR.,

    Defendant.

Case No: 2:16-cr-368-APG

ORDER TO UNSEAL

## ORDER

IT IS HEREBY ORDERED, on the motion of the parties, that this matter and all filings in this matter as of the date of this order are unsealed.

IT IS SO ORDERED this 3rd day of April, 2018.

_____
ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE