NICHOLAS A. TRUTANICH
United States Attorney
DANIEL COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-00368-APG-PAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| ROBERT PONCE, JR. | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Emily McKillip</u>, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 11th day of February, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

By ___/S/_____.
 DANIEL COWHIG
 Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ROBERT PONCE, JR.                                    Docket No. 2:16-CR-00368-APG-PAL

Petition for Action on Conditions of Pretrial Release

COMES NOW EMILY McKILLIP, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Robert Ponce, Jr. The defendant initially appeared on March 7, 2017, before Your Honor and was ordered released on a personal recognizance bond with the following conditions of release:

1. Pretrial Services Supervision
2. Maintain current residence and do not move without prior approval from Pretrial Services.
3. Actively seek and maintain lawful and verifiable employment and notify Pretrial Services prior to any change.
4. Abide by all conditions of probation set by the Maricopa County Adult Probation Department.
5. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. The defendant failed to surrender to the Bureau of Prisons as ordered on February 8, 2019.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 11th day of February, 2019. |
|---|---|
| Considered and ordered this 11th day of February, 2019 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |
| _____ | _____ |
| Honorable Andrew P. Gordon | Emily McKillip |
| U.S. District Judge | U.S. Pretrial Services Officer |
| | Place: <u>Las Vegas, Nevada</u> |