CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Robert Ponce*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PONCE, Jr.,<br><br>Defendant. | 2:16-cr-00368-APG-PAL<br><br>**STIPULATION TO CONTINUE HEARING ON REVOCATION OF PRETRIAL RELEASE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Christopher S. Mishler, counsel for defendant Robert Ponce that the hearing on revocation of Mr. Ponce's pre-trial release currently scheduled for February 3, 2021, at the hour of 4:00 p.m. be vacated and continued at least 20 days to a date and time that is convenient for this Honorable Court.

The Stipulation is entered into for the following reasons:

1

1. The defense and the government require additional time to finalize settlement discussions and to memorialize the same.

2. This continuance is not sought for purposes of delay, but to allow time for negotiations and potential resolution.

3. Defendant Ponce is in custody and does not object to this continuance.

4. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

5. The defendant waives any right he might assert under 18 U.S.C. § 3142(d) to appear before this Court within 10 days of his initial appearance in this District.

6. This is the first request for a continuance filed in this matter.

DATED January 29, 2021

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | BROWN MISHLER, PLLC |
| /s/ *Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney | /s/ *Christopher S. Mishler*<br>By_____<br>CHRISTOPHER S. MISHLER<br>Counsel for Robert Ponce |

BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Robert Ponce*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT PONCE, Jr., <br><br> Defendant. | 2:16-cr-00368-APG-PAL <br><br> **FINDINDS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONTINUING REVOCATION HEARING ON VIOLATION OF CONDITIONS OF PRETRIAL RELEASE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds as follows:

**FINDINGS OF FACT**

1. The Hearing in this matter is currently set for February 3, 2021.

2. The defense and the government require additional time to finalize settlement discussions and to memorialize the same.

3. This continuance is not sought for purposes of delay, but to allow for time for negotiations and potential resolution.

3

4. Defendant Ponce is in custody and does not object to this continuance.

5. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

6. The defendant has waived any right he might assert under 18 U.S.C. § 3142(d) to appear before this Court within 10 days of his initial appearance in this District.

7. This is the first request for a continuance filed in this matter.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for this hearing, taking into account the exercise of due diligence.

## ORDER

IT IS ORDERED that the hearing currently scheduled for February 3, 2021 at the hour of 4:00 p.m., be vacated and continued to March 3, 2021 at the hour of 4:00 p.m. in LV Courtroom 6C.

Dated: January 29, 2021

_____
UNITED STATES DISTRICT JUDGE

4