RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Robert Ponce, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PONCE, JR.,<br><br>Defendant. | Case No. 2:16-cr-00368-APG-PAL<br><br>**Stipulation to Continue Supplement Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Robert Ponce, Jr., request that the due date for Mr. Ponce's Supplement to Motion for Compassionate Release (ECF No. 44), due on February 15, 2022, be extended for thirty (30) days and for the government's response to be due fourteen (14) days thereafter.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to review and investigate Mr. Ponce's current situation.

2. The parties agree to the continuance.

3. Mr. Ponce does not object to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the supplement deadline.

DATED this 23rd day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT PONCE, JR.,<br><br>　　　　Defendant. | Case No. 2:16-cr-00368-APG-PAL<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Supplement to Motion for Compassionate Release, that the Defendant's Deadline to file his Supplement is extended to __March 29, 2022__ and the government's response is due fourteen (14) days thereafter.

　　　DATED this 24th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3