TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar No 8428
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Cybill.Dotson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00368-APG-PAL |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTION TO EXEMPT WORKERS' COMPENSATION SETTLEMENT FROM GARNISHMENT AND LIEN ENFORCEMENT, TO WAIVE ACCRUED AND FUTURE INTEREST, AND TO PROTECT NECESSARY LIVING AND MEDICAL FUNDS (ECF 68) AND MOTION TO ADJUST RESTITUTION PAYMENT SCHEDULE BASED ON MISCLASSIFICATION OF WORKERS' COMPENSATION BENEFITS (ECF 69)** |
| ROBERT PONCE, JR., | |
| Defendant. | |
| | **(First Request)** |

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff United States of America and Defendant, Robert Ponce, Jr., hereby stipulate and agree as follows:

1.    Defendant filed his Motion to Exempt Workers' Compensation Settlement from Garnishment and Lien Enforcement, to Waive Accrued and Future Interest, and to Protect Necessary Living and Medical Funds on January 5, 2026. (ECF No. 68).

2.      Defendant filed his Motion to Adjust Restitution Payment Schedule Based on Misclassification of Workers' Compensation Benefits on January 6, 2026. (ECF No. 69).

3.      The parties have agreed to allow **Plaintiff an extension of time to respond to** both Motions up to and including **Friday, January 30, 2026.**

This stipulated request is filed in good **faith and not for the purpose of undue delay.**

Respectfully submitted this 20th    day of January, 2026.

/s/
ROBERT PONCE, JR.
*Pro se* Defendant

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First                          s Attorney

/s/
CYBILL L. DOTSON
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

Dated: January 21, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2