TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00368-APG-PAL |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPONSE RE: ECF NO. 81** |
| v. | |
| ROBERT PONCE, JR., | **(SECOND REQUEST)** |
| Defendant. | |

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure and Local Rule IA 6-1 of this Court's Local Rules, Plaintiff United States of America and Defendant Robert Ponce, Jr., by and through the undersigned, hereby stipulate to extend the current deadline for the parties either to file a stipulation concerning ECF No. 81 and the issues raised therein, or for the United States to file its supplemental briefing, as outlined in the Court's Order dated February 26, 2026.

Good cause exists for the requested extension. The parties have exchanged financial documentation pursuant to the Court's order, and the United States is reviewing those materials. As part of that process, the parties have identified areas requiring additional

1

clarification and supplemental information. Additional time is therefore necessary to obtain, review, and assess those materials before the United States can finalize its position regarding the issues raised in ECF No. 81. In addition, the parties agree that Mr. Ponce's restitution payment for April 2026 will be waived, without penalty, during the period of the requested extension.

Accordingly, the parties respectfully request that the Court extend the current deadline by three (3) weeks, up to and including April 23, 2026, for the parties either to file a stipulation resolving the issue or for the United States to file its supplemental briefing.

This is the parties' second request for an extension of this deadline, and the request is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 2nd day of April, 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/
ROBERT PONCE, JR.
Pro se Defendant

/s/ SUMMER JOHNSON
Digitally signed by SUMMER JOHNSON
Date: 2026.04.02 15:43:13 -07'00'

Summer A. Johnson
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: ___April 3, 2026___

2