**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00368-APG-PAL |
| Plaintiff | **Order Granting in Part Defendant's Motion to Adjust his Restitution Payments** |
| v. | [ECF No. 69] |
| ROBERT PONCE, JR., | |
| Defendant | |

Robert Ponce moves for an adjustment to his restitution payment schedule and the elimination of accruing interest on the amount due. ECF No. 69.  He claims he suffered a catastrophic work injury in March 2024 and has been unable to work since then. *Id.* at 2.  I ordered the parties to confer whether an agreement could be reached on a reduced payment amount. ECF No. 81.  They negotiated but could not come to an accord. ECF Nos. 89, 90.

I have discretion to waive or limit the interest Ponce is required to pay if he "does not have the ability to pay" it. 18 U.S.C. § 3612(f)(3). *See also United States v. Spencer Tnd Dang*, 492 F. App'x 730, 731 (9th Cir. 2012) (waiver of interest on unpaid restitution is discretionary and a district court can waive post-judgment interest if it finds the defendant is unable to pay).  If there is a "material change in [Ponce's] economic circumstances that might affect [his] ability to pay restitution," I can adjust his payment schedule "as the interests of justice require." 18 U.S.C. § 3664(k). *See also United States v. Lemoine*, 546 F.3d 1042, 1050 (9th Cir. 2008) (§ 3664(k) allows courts to adjust restitution amounts and schedules in response to particular changes in the interests of justice).  The Government has sent notice of Ponce's request to the victims as required under § 3664(k). ECF No. 88.  No victims have filed responses Ponce's motion.

Ponce has made monthly payments of $216.00 since August 2025. ECF No. 75 at 2.  The Government agreed to temporarily waive payments for April and May 2026 while the parties negotiated a resolution. ECF No. 90 at 6.  Ponce is receiving $2,159.56 per month (net of child support withholding) as disability or worker's compensation benefits. ECF Nos. 89 at 7; 90 at 2.  The parties disagree about the amount of his monthly expenses. *Compare* ECF No. 89 at 7 ($2,002.79) *with* ECF No. 90 at 4 ($2,180.74).  Either way, a downward adjustment from his $216.00 monthly payment amount is justified based on these numbers.  The interests of justice are served if Ponce pays $80.00 per month in restitution at this time.  I will waive interest at this time under 18 U.S.C. § 3612(f)(3).

I THEREFORE ORDER that Ponce's motion (ECF No. 69) is granted in part.  I waive the requirement for him to pay interest on his restitution amount.  I further order him to pay $80.00 per month in restitution.  If Ponce's financial situation changes significantly, either party may move for another adjustment.

DATED this 2nd day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE